## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

| | |
|---|---|
| JOSEPH HEBERT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 7:17-CV-00421 |
| ) | |
| DIVERSIFIED CONSULTANTS, INC., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SETTLEMENT

Plaintiff, JOSEPH HEBERT, ("Plaintiff"), through his attorney, Ferris Winder, PLLC, informs this Honorable Court that the Parties have reached a settlement in this case. Plaintiff anticipates dismissing this case, with prejudice, within 30 days.

RESPECTFULLY SUBMITTED,

October 6, 2017   By: /s/ Richard W. Ferris
  Richard W. Ferris, Esq.
  Virginia bar number 31812
  Ferris Winder, PLLC
  530 East Main St. Suite 300
  Richmond, VA 23219
  Phone: (804) 767-1800
  Fax: (888) 251-6228
  rwferris@ferriswinder.com
  *Attorney for Plaintiff, JOSEPH HEBERT*

## **CERTIFICATE OF SERVICE**

On October 6, 2017, I electronically filed the Notice of Settlement with the Clerk of the U.S. District Court, using the CM/ECF system. I e-mailed a copy of the filed Notice of Settlement to Defense Counsel, R. Glenn Knirsch, at rgknirsch@sessions.legal.

By: /s/ Richard W. Ferris_____
Richard W. Ferris, Esq.