CLERKS OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
12/04/2017

JULIA C. DUDLEY, CLERK
BY: s/ SUSAN MOODY
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JOSEPH HEBERT, | ) |
| Plaintiff, | ) Civil Action No. 7:17CV00421 |
| v. | ) |
| | ) **ORDER OF DISMISSAL** |
| DIVERSIFIED CONSULTANTS, INC., | ) |
| Defendant. | ) By: Hon. Michael F. Urbanski |
| | ) Chief United States District Judge |

The court has before it parties' stipulation of dismissal in this case filed pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

It is accordingly,

ADJUDGED and ORDERED

that the above-styled matter is DISMISSED with prejudice, both sides to bear their own fees and costs, and this case is stricken from the active docket of this court.

The Clerk is hereby directed to send a certified copy of this order to all counsel of record.

Enter this 4th day of December, 2017.

/s/ Michael F. Urbanski
_____
CHIEF UNITED STATES DISTRICT JUDGE